HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YVONNE MCDONALD, | No. 13-5248-RBL |
| Plaintiff, | ORDER |
| v. | (Dkt. #1) |
| EMPLOYMENT SECURITY DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff has applied to proceed *in forma pauperis* in this action arising from the alleged termination of her employment due to her race. A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

The Court does not deny *in forma pauperis* status lightly, especially where a Plaintiff alleges racial discrimination.  However, the proposed complaint lacks allegations on which relief could be granted.

For the reasons stated above, the Application to Proceed *In Forma Pauperis* (Dkt. #1) is **DENIED**.  Plaintiff has **15 days** from the date of this order to pay the filing fees or the case will be dismissed.

Dated this 23rd day of April 2013.

       /s/ Ronald B. Leighton
       RONALD B. LEIGHTON
       UNITED STATES DISTRICT JUDGE