HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YVONNE MCDONALD,

         Plaintiff,

v.

EMPLOYMENT SECURITY DEPARTMENT, et al.,

         Defendant.

CASE NO. No. 13-5248-RBL

ORDER DENYING MOTION TO APPOINT COUNSEL

[DKT. #2]

    THIS MATTER is before the Court upon Plaintiff's Motion for Court-Appointed Counsel [Dkt. #2].

    There is no right to counsel in a civil case. The Court may appoint counsel under 28 U.S.C. § 1915(e)(1) in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the Plaintiff to articulate her claims *pro se*. *Id.*

    The plaintiff has not shown that she is likely to succeed on the merits of the case. As the court explained in its order denying Plaintiff's motion to proceed *in forma pauperis*, the

ORDER DENYING MOTION TO APPOINT COUNSEL- 1

1  proposed complaint fails to state a claim for which relief could be granted.  Plaintiff's Motion for

2  Court-Appointed Counsel is **DENIED.**

3      **IT IS SO ORDERED.**

4      The Clerk shall send uncertified copies of this order to all counsel of record, and to any

5  party appearing pro se.

6      Dated this 9th day of May, 2013.

7

8                                                                               RONALD B. LEIGHTON

9                                                                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24